UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

REGINALD D. GOODMAN,

    Plaintiff,

    v.                                          Case No. 25-cv-994-BBC

BROWN COUNTY COURTS, et al.,

    Defendants.

---

## DECISION AND ORDER

---

    Plaintiff Reginald D. Goodman, who was formerly in custody at the Outagamie County Jail and representing himself, filed this lawsuit on July 10, 2025. Dkt. No. 1. That same day, the Clerk's office mailed Plaintiff a letter informing him that, by July 31, 2025, he had to either submit the full $405.00 civil case filing fee or a motion for leave to proceed without prepayment of the filing fee along with a copy of his six-month certified trust account statement. Dkt. No. 2. The Clerk's letter returned to the Court on July 29, 2025 with the message "Return to Sender. Inmate not here." Dkt. No. 3. In response, the Court entered an order on August 1, 2025 directing Plaintiff to update his address by August 14, 2025, if he wanted to proceed with this case. Dkt. No. 4. The Court warned Plaintiff that failure to comply with the Court's order would result in dismissal of the case for failure to prosecute. *Id.* The deadline has passed, and Plaintiff did not comply with the Court's order. Additionally, because Plaintiff's mailings are returning to the Court as undeliverable, the Court has no way to contact him. *See* Dkt. No. 3 & 5. At this point, the Court is satisfied that Plaintiff is not diligently prosecuting this case. Therefore, the Court will dismiss this case without prejudice based on Plaintiff's failure to prosecute it. *See* Civ. L. R. 41(c)(E.D.

Wis) ("Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action…the Court may enter an order of dismissal with or without prejudice.)

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice** based on failure to prosecute. The Clerk shall enter judgment accordingly.

Dated at Green Bay, Wisconsin on August 25, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge
